# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800     Fax: 212.554.7700
www.mosessinger.com

Barry Zone
Partner
Direct: (212) 554-7864
Fax: (917) 206-4364

February 1, 2022

**SENT VIA ECF**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Patrick Patterson**
       **21 Cr. 313 (JPO)**

Dear Judge Oetken:

I write with the government's consent, requesting a minor modification of Mr. Patterson's curfew to accommodate his present work schedule.

Currently Mr. Patterson is being supervised by Pretrial Services, and is in the location monitoring program. He is permitted to be out of his home between the hours of 8AM and 11PM. We would respectfully request by this letter, that his permissible hours out of his home be modified to 5AM to 12AM to accommodate two shifts of work as a roofer. Mr. Patterson is a member of The Local 8, Roofers Waterproofers Union and is working, and has been offered additional work, but his curfew is preventing him from working on several well paying projects.

Accordingly, we would most respectfully request that the Court modify Mr. Patterson's curfew, as requested above.

The Court's consideration is greatly appreciated.

Granted.
So ordered.
 2/2/2022

Respectfully,

Barry Zone
Attorney for Patrick Patterson

_____
J. PAUL OETKEN
United States District Judge