# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Barry Zone
Partner
Direct: (212) 554-7864  Fax: (917) 206-4364

May 4 2022

**<u>SENT VIA ECF</u>**
Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>United States v. Patrick Patterson
            21 CR. 313 (JPO)</u>

Dear Judge Oetken:

    On behalf of my client, Patrick Patterson, and with the government's consent, we would most respectfully request that he be permitted to travel to see his grandparents in San Francisco, California from May 9th through May 20th, 2022. However, should the appearance scheduled for May 23, 2022 be continued, we'd ask that he be permitted to remain with his grandparents until June 8th, 2022.

    Mr. Patterson's conditions of release include a location monitor and curfew of 8AM to 11PM daily. Subject to The Court's permission, these conditions would remain in effect while in California. He would also be required to stay within the geographical confines of the Northern District of California. Mr. Patterson is traveling to California to assist his grandmother, Daisy with his grandfather who's turning 101 years old. Daisy has posted her home in connection with Mr. Patterson's bond, and he will be staying at that location while in San Francisco.

    Accordingly, I would respectfully request that Mr. Patterson be permitted to travel as requested herein.

    The Court's consideration is greatly appreciated.

Granted.
So ordered.
 5/5/2022

Respectfully,

Barry S. Zone

_____
J. PAUL OETKEN
United States District Judge