

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

February 17, 2023

**FILED VIA ECF**
Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: U.S. v. Patrick Patterson
    21 Cr. 313 (JPO).

Dear Judge Oetken:

On behalf of my client Patrick Patterson, we would most respectfully request that his geographic conditions of release be modified to include the District of New Jersey for work and employment purposes. As to the government's position, they have advised that they defer to pretrial services, who consents to the request.

Mr. Patterson is a licensed roofer and has been so employed before and during the pendency of this case. The company he's working for requires that he work on roofing jobs in New Jersey, which would generate much-needed revenue. Mr. Patterson's conditions of release include the Southern and Eastern Districts of New York and a location monitor with a 5 AM to 12 AM curfew.

Accordingly, I would respectfully request that Mr. Patterson's bail conditions be modified as requested herein.

The Court's consideration is greatly appreciated.

Respectfully,

Barry Zone
Attorney for defendant,
Patrick Paterson

> Granted.
> Defendant Patrick Patterson's bail limitations are hereby expanded to include the District of New Jersey for work and employment purposes.
>   So ordered.
>   2/17/2023

_____
J. PAUL OETKEN
United States District Judge