

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

July 17, 2023

**FILED VIA ECF**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: U.S. v. Patrick Patterson
 21 Cr. 313 (JPO)

Dear Judge Oetken:

I write on behalf of Patrick Patterson, with the government's consent, requesting an adjournment of sentencing to a date convenient for the Court in October 2023.

I make this request due to an emergent personal health matter.

Accordingly, I would respectfully request that sentencing be adjourned as requested herein.

The Court's consideration is greatly appreciated.

Respectfully,

Barry Zone

Granted.
Sentencing is hereby adjourned to October 5, 2023 at 3:00 pm.  Defendant's sentencing submission is due by September 21, 2023 and the government's by September 28, 2023.
  So ordered.
 7/19/2023

J. PAUL OETKEN
United States District Judge