

**MOSES SINGER**

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700

Barry S. Zone
Direct Dial: 212.554.7864
Fax: 917.206.4364
E-Mail: bzone@mosessinger.com

October 2, 2023

**FILED VIA ECF**
Hon J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: U.S. v. Patrick Patterson
   21 Cr. 313 (JPO)

Dear Judge Oetken:

I write on behalf of Patrick Patterson, with the government's consent, requesting a final adjournment of sentencing to a date convent to the Court in January 2024.  Mr. Patterson's sentencing is presently scheduled for October 5th.

I make this request because I require additional time to prepare with Mr. Patterson for his sentencing.  As The Court is aware, I have been addressing serious health issues, which have improved within the very recent past. However, throughout the past three months, I have been tending to my personal health, and I am finally in a place to begin moving forward with all the matters that have been rescheduled due to my condition.  I do not anticipate the need for any further adjournments.

Accordingly, I respectfully request that sentencing be adjourned as requested herein.

The Court's consideration is so greatly appreciated.

Respectfully,

Barry Zone

> Granted.  Sentencing is hereby adjourned to January 18, 2024 at 2:30 pm. Defendant's sentencing submission is due by January 4, 2024, and the government's by January 11, 2024.
>  So ordered.
>  10/2/2023

_____
J. PAUL OETKEN
United States District Judge